UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DEVINDER SINGH,

Petitioner,

v.

MARCELLO VILLEGAS,

Respondent.

No. 1:26-CV-00222-H

**ORDER**

Petitioner Devinder Singh, a self-represented immigrant detainee, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his detention in the Bluebonnet Detention Center. Dkt. No. 1. However, soon afterward, he was transferred to a detention facility in McFarland, California. Dkt. Nos. 9, 11. And he promptly filed a second habeas petition in the Eastern District of California with the assistance of counsel. *Singh v. Acting Field Office Director of the San Francisco Field Office*, No. 1:26-cv-03976 (E.D. Cal. 2026). After expedited briefing, the California court concluded that Petitioner was entitled to relief and ordered the government to immediately release the petitioner. *Id.* at Dkt. No. 12.

The Court has reviewed the ICE online detainee locator and takes judicial notice of the fact that, as of today, Petitioner is no longer in ICE custody.[1] Under these circumstances, the Court dismisses Petitioner's petition here for lack of jurisdiction as moot.

The Court will enter judgment accordingly.

Dated October 2, 2026.

JAMES WESLEY HENDRIX
United States District Judge

[1] *See* http:// https://locator.ice.gov/odls/#/search (last visited Sept. 30, 2026).